PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545

Attorney for Defendant
PATRICIO SANCHEZ, III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00257 DAE-02 |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) EXTENDING SENTENCING DATE |
| vs. | ) |
| | ) |
| PATRICIO SANCHEZ, III, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER EXTENDING SENTENCING DATE**

        IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing presently scheduled for February 27, 2006, be continued to May 26, 2006, at 1:30 p.m.  The reason for the continuance is that the

defense needs additional time for the defendant to complete his cooperation efforts which may have a direct impact on the status of the case.

    IT IS SO STIPULATED:

    DATED: Honolulu, Hawaii, _____.

/s/ Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
PATRICIO SANCHEZ, III


/s/ Michael Kawahara
MICHAEL KAWAHARA
Attorney for Plaintiff
UNITED STATES OF AMERICA

    IT IS APPROVED AND SO ORDERED:

    DATED: Honolulu, Hawaii, February 27, 2006.



_____
David Alan Ezra
United States District Judge

UNITED STATES v. PATRICIO SANCHEZ, III
CR. NO. 04-00257 DAE-02
STIPULATION AND ORDER EXTENDING SENTENCING DATE