EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff,  )<br>)<br>    VS.  )<br>)<br>CHRISTIAN JASON MAXWELL, (01) )<br>PATRICIO SANCHEZ, III,   (02) )<br>LEILA LAGAFUAINA,       (03) )<br>)<br>        Defendants.    )<br>_____) | CR. NO. 04-0257DAE-02<br><br>MOTION FOR DEPARTURE DOWNWARD<br>IN SENTENCING DEFENDANT<br>SANCHEZ<br><br><br><br><br>Sentencing Date: 5/25/06 at<br> 2:15 p.m., before Chief U.S.<br> District Judge David A. Ezra |

### **MOTION FOR DOWNWARD DEPARTURE**
### **IN SENTENCING DEFENDANT SANCHEZ**

    The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant Patricio Sanchez, III, due to his substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

     This motion is made pursuant to 18 U.S.C. 3553(e) and U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

     DATED:  Honolulu, Hawaii, May 18, 2006.

                                       EDWARD H. KUBO, JR.
                                       United States Attorney
                                       District of Hawaii

                                     By <u>/s/ Michael K. Kawahara</u>
                                         MICHAEL K. KAWAHARA
                                         Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Pamela Byrne    pamela_byrne@fd.org    May 18, 2006

  Attorney for Defendant
  Patricio Sanchez, III

Served by hand-delivery:

Probation Officer                     May 18, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850

                                     /s/ Rowena N. Kang