# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00257DAE |
| CASE NAME: | USA v. (01)Patricio Sanchez, III |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | (02)Pamela Byrne |
| USPO: | Ellie Akasaki |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 5/25/2006 | TIME: | 2:15pm-2:30pm(m/d)<br>2:30pm-3:05pm(sent) |

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the First Superseding Indictment as to Defendant (01)Patricio Sanchez, III. Government's Motion for Downward Departure. Defendant's Motion for Downward Departure

Defendant (01)Patricio Sanchez, III present in custody.

Government's Motion for Downward Departure-GRANTED.

Defendant's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (01)Patricio Sanchez, III.

SENTENCE:

Imprisonment: 120 MONTHS, as to each of Counts 1 and 2, with all such terms to run concurrently.

Supervised Release:  10 YEARS, as to each of Counts 1 and 2, with all such terms to run concurrently.

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, as directed by the Probation Office.

5. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. Defendant shall participate in a substance abuse program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

Special Assessment: $200.00.

JUDICIAL RECOMMENDATIONS: Sheridan, OR. Educational and Vocational training. 500 hour drug treatment program.

Defendant advised of his right to appeal

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager